In the Matter of the Application of ROBERT T. HAW-
THORNE, Appellant, for Admission to the Bar.
THE COMMITTEE ON CHARACTER AND FITNESS FOR THE
SECOND JUDICIAL DEPARTMENT, Respondent.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion to amend remittitur granted.

Return of remittitur requested and when returned it
will be amended so as to provide that upon the appeal
herein the appellant argued and asserted that the final
order of the Appellate Division of the Supreme Court for
the Second Judicial Department was invalid and uncon-
stitutional, by reason of the provisions of Amendment V
and section 1, Amendment XIV of the Amendments to
the United States Constitution, which provide that no
State shall deprive any person of life, liberty or property,
without due process of law, and, also, by reason of the
provisions of said Amendment V of the Amendments to
the United States Constitution, which provides, " Nor
shall any person be subject, for the same offense, to be
twice put in jeopardy of life or limb." (See 261 N. Y.
520, 554.)